SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
REBECCA C. LEE (SBN 305119)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altber.com
        sleyton@altber.com
        rlee@altber.com

*Attorneys for Defendant United Domestic*
*Workers of America, AFSCME Local 3930*

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA QUIRARTE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED DOMESTIC WORKERS<br>AFSCME LOCAL 3930, *et al.*,<br><br>Defendants. | CASE NO. 3:19-cv-01287-CAB-KSC<br><br>**DECLARATION OF MATTHEW MALDONADO IN SUPPORT OF DEFENDANT UNITED DOMESTIC WORKERS AFSCME LOCAL 3930'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:   January 17, 2020<br>Location:         Courtroom 4C<br><br>Judge:  The Hon. Cathy Ann Bencivengo |

1    I, Matthew A. Maldonado, declare as follows:

2    1.    I make this declaration in support of the Union's Motion to Dismiss.  I

3  have personal knowledge of the facts set forth in this Declaration, and I could and

4  would testify competently about them if called as a witness in this matter.

5    2.    I currently serve as the Director of Organizing and Field Services for

6  Defendant United Domestic Workers of America, AFSCME Local 3930 ("UDW" or

7  "the Union") in this action.  I have held this position for 8 years.

8    3.    UDW represents In-Home Supportive Service ("IHSS") Providers in

9  twenty-one counties in California, including Orange County.

10    4.    I have collected the Union's records for the five plaintiffs in this case

11  from the Union's member files.

12    5.    Attached as **Exhibit A** is a true and correct copy of the membership and

13  dues deduction authorization card of Alicia Quirarte, which I obtained from Ms.

14  Quirarte's file as maintained in the regular course of business.

15    6.    Attached as **Exhibit B1** is a true and correct copy of the membership

16  and dues deduction authorization card of Nora Maya, which I obtained from Ms.

17  Maya's file as maintained in the regular course of business.   Attached as **Exhibit B2**

18  is an English translation of Exhibit B1.

19    7.    Attached as **Exhibit C** is a true and correct copy of the membership and

20  dues deduction authorization card of Anh Le, which I obtained from Ms. Le's file as

21  maintained in the regular course of business.

22    8.    Attached as **Exhibit D** is a true and correct copy of the membership and

23  dues deduction authorization card of Viet Le, which I obtained from Mr. Le's file as

24  maintained in the regular course of business.

25    9.    Attached as **Exhibit E** is a true and correct copy of the membership and

26  dues deduction authorization card of Jose Diaz, which I obtained from Mr. Diaz's

27  file as maintained in the regular course of business.

28

10.     By letter dated August 20, 2019, UDW wrote to Ms. Quirarte, and explained that, "[p]ursuant to [Ms. Quirarte's] December 18, 2018 request to terminate the deduction of union membership dues from [her] paycheck, the Union has taken the necessary steps to ensure that the Office of the State Controller of California will terminate the deduction of union membership dues from [her] wages after November 2019."  A true and correct copy of that letter is attached as **Exhibit F**.  In fact, Ms. Quirarte has never paid union dues to UDW.  UDW's records reflect that Ms. Quirarte has not been paid by the State Controller since December 2018, before any union dues were collected from her; no dues have been collected from her since that time, either.  UDW has already processed Ms. Quirarte's request to terminate her membership and she is not under any current or future obligation to pay membership dues; UDW ceased including Ms. Quirarte in the monthly list UDW sends to the State Controller of IHSS providers from whom dues should be deducted in July 2019.

11.     By letter dated August 20, 2019, UDW wrote to Ms. Maya, and explained that, "[p]ursuant to [Ms. Maya's] November 26, 2018 request to terminate the deduction of union membership dues from [her] paycheck, the Union has taken the necessary steps to ensure that the Office of the State Controller of California will terminate the deduction of union membership dues from [her] wages after July 2019."  A true and correct copy of that letter is attached as **Exhibit G**.  UDW ceased including Ms. Maya in the monthly list UDW sends to the State Controller of IHSS providers from whom dues should be deducted in July 2019.

12.     By letter dated August 20, 2019, UDW wrote to Ms. Le, and explained that, "[p]ursuant to [Ms. Le's] March 27, 2019 request to terminate the deduction of union membership dues from [her] paycheck, the Union has taken the necessary steps to ensure that the Office of the State Controller of California will terminate the deduction of union membership dues from [her] wages after January 2020."  A true and correct copy of that letter is attached as **Exhibit H**.  UDW ceased including Ms.

1  Le in the monthly list UDW sends to the State Controller of IHSS providers from

2  whom dues should be deducted in July 2019.

3         13.     By letter dated August 20, 2019, UDW wrote to Mr. Le, and explained

4  that, "[p]ursuant to [Mr. Le's] March 27, 2019 request to terminate the deduction of

5  union membership dues from [his] paycheck, the Union has taken the necessary steps

6  to ensure that the Office of the State Controller of California will terminate the

7  deduction of union membership dues from [his] wages after January 2020."  A true

8  and correct copy of that letter is attached as **Exhibit I**.  UDW ceased including Mr.

9  Le in the monthly list UDW sends to the State Controller of IHSS providers from

10  whom dues should be deducted in July 2019.

11         14.     By letter dated August 20, 2019, UDW wrote to Mr. Diaz, and

12  explained that, "[p]ursuant to [Mr. Diaz's] December 28, 2018 request to terminate

13  the deduction of union membership dues from [his] paycheck, the Union has taken

14  the necessary steps to ensure that the Office of the State Controller of California will

15  terminate the deduction of union membership dues from [his] wages after December

16  2019."  A true and correct copy of that letter is attached as **Exhibit J**.  UDW ceased

17  including Mr. Diaz in the monthly list UDW sends to the State Controller of IHSS

18  providers from whom dues should be deducted in July 2019.

19        I declare under penalty of perjury under the laws of the United States that the

20  foregoing is true and correct.  Executed on December 13, 2019, in San Diego,

21  California.

22                                */s Matthew A. Maldonado*

23                               Matthew A. Maldonado

24

25

26

27

28