# EXHIBIT G



4855 SEMINOLE DRIVE, SAN DIEGO, CA 92115
1-800-621-5016 | WWW.UDWA.ORG

**EXECUTIVE BOARD**

**Editha Adams**
*President*

**Astrid Zuniga**
*Vice President*

**Lientuong Rose Nguyen**
*Secretary-Treasurer*

**Douglas Moore, Jr.**
*Executive Director*

**Nicanora Montenegro**
*District 1 Vice President*

**Fernando Velazquez**
*District 1 Vice President*

**Christine Nguyen**
*District 2 Vice President*

**Angie Nguyen**
*District 2 Vice President*

**Rosa Beltran**
*District 3 Vice President*

**Desmond Prescott**
*District 3 Vice President*

**Florence 'Corie' Crowson**
*District 4 Vice President*

**Elva Munoz**
*District 5 Vice President*

**William Reed**
*District 6 Vice President*

**Maria Isabel Serrano**
*District 7 Vice President*

August 20, 2019

Nora Maya

Dear Ms. Maya,

This letter is in response to your letter, dated November 26, 2018, in which you resigned your membership in UDW/AFSCME Local 3930 and requested that the Union terminate the deduction of union membership dues from your wages.

With respect to your resignation from membership, the Union accepted your resignation as effective November 26, 2018 and UDW will not enforce any membership obligations from that date, as confirmed by our prior correspondence dated December 26, 2018.

With respect to your request that UDW terminate the deduction of union membership dues from your wages on November 26, 2018, you voluntarily authorized and directed the Office of the State Controller of California to deduct union membership dues from your paycheck and pay those dues to the Union by signing a UDW membership card. You agreed that this authorization would be "irrevocable, irrespective of my membership status, for a period of one year form the date of execution." You also agreed that "[t]his authorization shall be automatically renewed for successive periods of one year, unless I give the Union written notice of revocation signed by me not less than ten (10) days and not more than twenty (20) days before the end of any yearly period."

Through this authorization, you voluntarily agreed to have union membership dues deducted from your paycheck, with an opportunity to revoke that authorization effective on the annual anniversary of the date that you made the authorization (each July 21). Pursuant to your November 26, 2018 request to terminate the deduction of union membership dues from your paycheck, the Union has taken the necessary steps to ensure that the Office of the State Controller of California will terminate the deduction of union membership dues from your wages after July 2019.

Please contact UDW if you have any questions.

In Solidarity,

Member Benefits Center