# EXHIBIT H





4855 SEMINOLE DRIVE, SAN DIEGO, CA 92115
1-800-621-5016 | WWW.UDWA.ORG

**EXECUTIVE BOARD**

**Editha Adams**
*President*

**Astrid Zuniga**
*Vice President*

**Lientuong Rose Nguyen**
*Secretary-Treasurer*

**Douglas Moore, Jr.**
*Executive Director*

**Nicanora Montenegro**
*District 1 Vice President*

**Fernando Velazquez**
*District 1 Vice President*

**Christine Nguyen**
*District 2 Vice President*

**Angie Nguyen**
*District 2 Vice President*

**Rosa Beltran**
*District 3 Vice President*

**Desmond Prescott**
*District 3 Vice President*

**Florence 'Corie' Crowson**
*District 4 Vice President*

**Elva Munoz**
*District 5 Vice President*

**William Reed**
*District 6 Vice President*

**Maria Isabel Serrano**
*District 7 Vice President*

August 20, 2019

Anh H. Le

Dear Ms. Le

This letter is in response to your letter, dated March 27, 2019, in which you resigned your membership in UDW/AFSCME Local 3930 and requested that the Union terminate the deduction of union membership dues from your wages.

With respect to your resignation from membership, the Union accepted your resignation as effective March 27, 2019 and UDW will not enforce any membership obligations from that date, as confirmed by our prior correspondence dated April 24, 2019.

With respect to your request that UDW terminate the deduction of union membership dues from your wages on March 27, 2019, you voluntarily authorized and directed the Office of the State Controller of California to deduct union membership dues from your paycheck and pay those dues to the Union by signing a UDW membership card. You agreed that this authorization shall remain in effect for a period of one year from the date of execution "regardless of whether I remain a member of the Union. You also agreed that this authorization "[S]hall automatically renew for successive periods of one year thereafter unless I revoke it by giving the Union signed notice by me during the fifteen (15) day period before the anniversary date of this agreement".

Through this authorization, you voluntarily agreed to have union membership dues deducted from your paycheck, with an opportunity to revoke that authorization effective on the annual anniversary of the date that you made the authorization (each January 8). Pursuant to your March 27, 2019 request to terminate the deduction of union membership dues from your paycheck, the Union has taken the necessary steps to ensure that the Office of the State Controller of California will terminate the deduction of union membership dues from your wages after January 2020.

Please contact UDW if you have any questions.

In Solidarity,

Member Benefits Center