

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (See Attachment) | Civil Action No.  19cv1287-CAB-KSC |
| **Plaintiff,** V. | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, the Court GRANTS the Defendants' motions for judgment on the pleadings. Because no First Amendment violation can be shown, and no private right of action exists under Section 32 of the Medicaid Act, no amendment will be able to cure the deficiencies of Plaintiffs' complaint. Accordingly, this case is DISMISSED with prejudice . Case Closed.

**Date:**  2/10/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard
A. Hazard, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  19cv1287-CAB-KSC

Alicia Quirarte  an individual; Nora Maya  an individual;  Anh Le  an individual; Viet Le  an individual; Jose Diaz  an individual,
Plaintiffs.
v.

United Domestic Workers AFSCME Local 3930  a labor organization;  Betty Yee  in her official capacity as State Controller of the State of California; Javier Becerra  in his official capacity as Attorney General of of California,
Defendants.